UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY BOOTH, et al.

Plaintiffs,

v.  Case No. 8:09-cv-2621-T-30TBM

PASCO COUNTY, FLORIDA, et al.

Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to final judgment on the Court's Order (Dkt. 291) granting Defendant Pasco County's Oral Motion for Judgment Notwithstanding the Verdict. The jury verdicts against Defendant Pasco County, Florida (Dkts. 276 & 278) have been vacated.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Pasco County, Florida and against Plaintiffs Anthony Booth and Jerry Brown.

Date: February 21, 2011

SHERYL L. LOESCH, CLERK

By: S. Boswell, Deputy Clerk