# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ANTHONY BOOTH, et al.**

**Plaintiffs,**

v.                                                    Case No.  8:09-cv-2621-T-30TBM

**PASCO COUNTY, FLORIDA, et al.**

**Defendants.**

---

## JUDGMENT IN A CIVIL CASE

**Jury Verdicts.**     This action came before the Court for a trial by jury.  The issues
have been tried and the jury has rendered its verdicts.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of
Plaintiff Anthony Booth and against Defendant International Association of Firefighters
Local 4420 in the total amount of $83,000.  Judgment is also entered in favor of Plaintiff
Jerry Brown and against Defendant International Association of Firefighters Local 4420
in the total amount of $83,000.

Date:  February 21, 2011                    SHERYL L. LOESCH, CLERK

By:  S. Boswell, Deputy Clerk