**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANTHONY BOOTH, et al.,**

    **Plaintiffs,**

v.                                                                  **Case No. 8:09-cv-2621-T-30TBM**

**PASCO COUNTY, FLORIDA, et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant Pasco County's Amended Verified Unopposed Motion to Tax Costs against Plaintiffs Anthony Booth and Jerry Brown (Dkt. #324). The Court concludes that Defendant is entitled to recover all costs contained in its two Proposed Bill of Costs (Dkts. # 325 & 326).

It is therefore **ORDERED AND ADJUDGED** that:

1. Defendant Pasco County's Unopposed Motion to Tax Costs (Dkt. #324) is hereby granted.

2. The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff Anthony Booth and in favor of Defendant Pasco County, Florida, in the amount of $5,599.94 for taxable costs.

3.      The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff Jerry Brown and in favor of Defendant Pasco County, Florida, in the amount of $5,599.94 for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida on June 4, 2012.

*James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2621.boc.326.frm