**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANTHONY BOOTH and
JERRY BROWN,

    Plaintiffs,

v.                                                            Case No: 8:09-cv-2621-T-30TBM

PASCO COUNTY, FLORIDA and
INTERNATIONAL ASSOCIATION OF
FIREFIGHTERS LOCAL 4420,

    Defendants.
_____

**AMENDED ORDER[1]**

THIS CAUSE comes before the Court upon the Mandate of the Eleventh Circuit Court of Appeals (Dkt. # 356). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Clerk is directed to reinstate the jury verdicts in favor of Anthony Booth and against Pasco County, Florida (Dkt. #276) and in favor of Jerry Brown and against Pasco County, Florida (Dkt. #278).

2. The Clerk is directed to vacate the Order granting Defendant Pasco County, Florida's Oral Motion for Judgment Notwithstanding the Verdict (Dkt. #291).

---

[1] This Order amends Dkt. #358 as to paragraphs 5, 6, and 7 only.

3. The Clerk is directed to vacate the Judgment in Favor of Pasco County, Florida (Dkt. #292).

4. The Clerk is directed to vacate the Order granting Defendant Pasco County, Florida's Unopposed Motion to Tax Costs (Dkt. #329).

5. The Clerk is directed to enter judgment in favor of Anthony Booth and against Pasco County, Florida in the amount of $10,500.

6. The Clerk is directed to enter judgment in favor of Jerry Brown and against Pasco County, Florida in the amount of $12,500.

7. The Court reserves jurisdiction on the issue of attorney's fees and costs. Any motion for attorney's fees and costs shall be filed on or before October 10, 2014.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of October, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2009\09-cv-2621 amended mandate.docx